**Eleazar TOTTEN, Plaintiff–Appellant,**

v.

**P. JOHNSON, Nurse; Nurse Barham; Nurse Henton; N. Kolongo, Doctor, Defendants–Appellees.**

No. 09–6182.

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2009.

Decided: Aug. 14, 2009.

Eleazar Totten, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eleazar Totten appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006), for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Totten v. Johnson,* 1:08–cv–01299–CMH–TRJ (E.D.Va. Jan. 16, 2009). We deny Totten's motion for documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*